■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIZABETH HOLLOMAN, Appellant. [917 NYS2d 571]—Judgments, Supreme Court, New York County (Michael J. Obus, J.),

rendered March 25, 2010, convicting defendant, upon her pleas of guilty, of two counts of attempted robbery in the second degree, and sentencing her, as a persistent violent felony offender, to concurrent terms of 12 years to life, unanimously affirmed.

The procedure by which defendant was adjudicated a persistent violent felony offender is constitutional (*People v Bell*, 15 NY3d 935 [2010]). Concur—Mazzarelli, J.P., Andrias, Catterson, Moskowitz and Román, JJ.